# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

FILED ✓   RECEIVED ___
ENTERED ___   SERVED ON ___
COUNSEL/PARTIES OF RECORD

FEB 19 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>ROBERT LUKASZ RYDLEWSKI | **ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**<br><br>CASE NUMBER: 3:15-MJ-0012-VPC<br><br>CHARGING DISTRICTS CASE NUMBER: CR 15-40019-02 |

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the _____ District of __South Dakota__ ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the __N/A__
*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified)
400 S. Phillips Ave., Sioux Falls, SD 57104   on Tuesday, March 10, 2015 at 1:00 PM Crtrm #3.
*Date and Time*

_____
Signature of Judge

February 19, 2015                    Valerie P. Cooke, United States Magistrate Judge
*Date*                               *Name and Title of Judge*